Before you start, Mr. Morris, if after reading this decision, you want to bring other authority to our attention, please do so, but do it promptly. OK, thank you. Is it just you? I'm talking to her. Is it just you? I think so. Where's your opponent? I think it's just you. I thought I saw him here earlier, but I don't see him now. I haven't seen him since at the break. After the break, I hadn't seen him anymore. And your opponent is? Roger Haynes. We have a clerk in the courtroom. Why don't you go outside and see if there's a Mr. Haynes lurking in the hallway. I'd do the same for you if you were. Thank you. Thank you. I realize that. Thank you. Thank you. Thank you. Thank you. Thank you. Was that your clerk I borrowed? Was that your clerk that went out? OK, that's fine. Go ahead. I can go out in the front. No, that's all right. I know what he looks like. I know what he looks like. Where did he go? Where did he go? Where did he go? Where did he go? I know where he is. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. There you go. Yeah. That was awesome. All right.
judges: Ferguson, Siler, Hawkins